UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPHINE PAITA AND ANGEL PAITA, | § § | |
| PLAINTIFFS, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-1300 |
| CHASE MORTGAGE, | § § | |
| DEFENDANT, | § § | |
| SPECIALIZED LOAN SERVICING, LLC, | § § | |
| INTERVENOR. | § § | |

## STATUS REPORT

Intervenor, Specialized Loan Servicing, LLC ((hereinafter "SLS") files this Status Report pursuant to the Order to Report dated November 20, 2018 [Doc. 21] issued by the Honorable Lynn N. Hughes. SLS respectfully reports to the Court the following:

1. The only remaining issue is Intervenor's claim against Plaintiffs for foreclosure of the property located at 11403 Valley Spring Drive, Houston, Texas 77043 (the "Property").

2. On or about December 4, 2018, SLS received full payoff for the amount due and owing on the loan.

3. SLS's foreclosure counterclaim is now moot. Accordingly, the sole remaining claim in this case is resolved, and SLS requests the Court non-suit SLS's counterclaim and dismiss the case.

Dated: December 13, 2018. Respectfully submitted,

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**

By: _/s/ Crystal G. Gibson_
Crystal G. Gibson
State Bar No. 24027322
crystalr@bdfgroup.com
4004 Belt Line road, Ste. 100
Addison, Texas 75001
(972) 340-7901
(972) 341-0734 (Facsimile)
ATTORNEYS FOR INTERVENOR

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing *Status Report* was served as indicated to the following parties on December 13, 2018:

**Via CMRRR: 9414 7266 9904 2964 7713 35**
**and First Class U.S. Mail**
Josephine Paita
Angel Paita
11403 Valley Spring Drive
Houston, TX 77043

_/s/ Crystal Gee Gibson_
Crystal Gee Gibson